IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JUSTIN LADD SPOTTED BEAR | Violations:  18 U.S.C. §§ 2244(a)(5), 2244(b), and 1153 |

COUNT ONE

**Abusive Sexual Contact of a Child**

The Grand Jury Charges:

From in or about 2018 to in or about 2019, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, buttocks, and inner thigh of H.R. (YOB 2008), an Indian child under 12 years of age, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

COUNT TWO

**Abusive Sexual Contact**

The Grand Jury Further Charges:

From in or about August 2019 to in or about December 2019, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the buttocks of C.H., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(b) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Nicholas W. Chase_____
NICHOLAS W. CHASE
Acting United States Attorney

EBL/tmg