IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **S U P E R S E D I N G** **I N D I C T M E N T** |
| v. | Case No. 1:21-cr-00165 |
| JUSTIN LADD SPOTTED BEAR | Violations:  18 U.S.C. §§ 2241(c), 2244(a)(5), 2244(b), and 1153 |

COUNT ONE

**Abusive Sexual Contact of a Child**

The Grand Jury Charges:

From in or about 2018 to in or about 2019, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, buttocks, and inner thigh of H.R. (YOB 2008), an Indian child under 12 years of age, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

<u>COUNT TWO</u>

**Abusive Sexual Contact**

The Grand Jury Further Charges:

From in or about August 2019 to in or about December 2019, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the buttocks of C.H., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(b) and 1153.

## COUNT THREE

### Aggravated Sexual Abuse of a Child

The Grand Jury Further Charges:

From in or about 2018 to in or about 2019, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, did attempt and knowingly cause B.S. (YOB 2009), an Indian and child under 12 years of age, to engage in a sexual act: that is, contact between the mouth of JUSTIN LADD SPOTTED BEAR and the vulva of B.S.

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

<u>COUNT FOUR</u>

**Abusive Sexual Contact of a Child**

The Grand Jury Further Charges:

From in or about 2018 to in or about 2019, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the genitalia and buttocks of B.S. (YOB 2009), an Indian child under 12 years of age, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

COUNT FIVE

**Abusive Sexual Contact of a Child**

The Grand Jury Further Charges:

From in or about 2015 to in or about 2016, in Indian country, and within the

exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional

touching, directly and through the clothing, of the genitalia and groin of K.S. (YOB

2005), an Indian child under 12 years of age, with an intent to abuse, humiliate, harass,

degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(5) and 1153.

COUNT SIX

**Abusive Sexual Contact of a Minor**

The Grand Jury Further Charges:

From in or about 2016 to in or about 2017, in Indian country, and within the exclusive jurisdiction of the United States,

JUSTIN LADD SPOTTED BEAR,

an Indian, knowingly engaged in and caused sexual contact, that is, the intentional touching, directly and through the clothing, of the genitalia and groin of K.S. (YOB 2005), an Indian child between the ages of 12 and 16 and who was at least four years younger than JUSTIN LADD SPOTTED BEAR (YOB 1984), with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(3) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

EBL/tmg